[Nos. 10996-1-I; 11035-7-I. Division One. May 14, 1984.]

DAHL FISH COMPANY, *Appellant,* v. THE DEPARTMENT OF ECOLOGY, *Respondent.*

SEA–PAC COMPANY, INC., *Appellant,* v. THE DEPARTMENT OF ECOLOGY, *Respondent.*

Appeals from judgments of the Superior Court for Whatcom County, Nos. 56285, 56284, Jack S. Kurtz, J., entered November 17, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J., and Swanson, J.

[No. 11279-1-I. Division One. May 14, 1984.]

DAVID F. STABBERT, ET AL, *Appellants,* v. MONTGOMERY, PURDUE, BLANKINSHIP & AUSTIN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 849689, James D. McCutcheon, Jr., J., entered January 7, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, J., and Soderland, J. Pro Tem.

[Nos. 11769-6-I; 11858-7-I;    Division One.    May 14, 1984.]
    11859-5-I; 11860-9-I.

THE STATE OF WASHINGTON, *Respondent,* v. LARRY CUMMINGS, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 82-1-00141-1, 81-1-03363-2, 82151, 80-1-02461-9, Robert E. Dixon, J., entered April 30, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J., and Corbett, J.